UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANTHONY D. BELCHER, SR., | Case No. 2:24-cv-00976-DAD-JDP (PS) |
|---|---|
| Plaintiff, | **ORDER** |
| v. | GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME |
| ROB BONTA, *et al.*, | ECF No. 17 |
| Defendants. | |

Plaintiff has filed a motion for an extension of time to respond to defendants' motions to dismiss, which are currently set for hearing on June 6, 2024. ECF No. 17. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 17, is granted.

2. The June 6, 2024 hearing on defendants' motions to dismiss is continued to August 1, 2024, at 10:00 a.m., in Courtroom No. 9.

3. By no later than July 11, 2024, plaintiff shall file either an opposition or statement of non-opposition to defendants' motions. *See* ECF Nos. 8 & 11.

4. Defendants may file a reply to plaintiff's opposition, if any, no later than July 25, 2024.

1

5. Failure to comply with this order may result in a recommendation that this action be dismissed for lack of prosecution, failure to comply with court orders, and failure to comply with local rules.

IT IS SO ORDERED.

Dated: __May 30, 2024__  
                                        JEREMY D. PETERSON  
                                      UNITED STATES MAGISTRATE JUDGE